**Brian O'Dea, SBN 45704**
bodea@randicklaw.com
**Patrick E. Guevara, SBN 202727**
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

Attorneys for Defendant M B Flooring, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>M B FLOORING, INC.<br><br>Defendant. | Case No.: C 09-02241 SI<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER THE COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Defendant MB FLOORING, INC. ("Defendant") and Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee; DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE & JOURNEYMAN TRAINING TRUST FUND and DOUG CHRISTOPHER as Trustee; RESILIENT FLOOR COVERING PENSION FUND, its BOARD OF TRUSTEES, and VINCE ECHEVERRIA and CARL BIGGS as Trustees; CENTRAL COAST COUNTIES FLOOR COVERING INDUSTRY PENSION FUND, its BOARD OF TRUSTEES, and STEVE SULLIVAN as Trustee; and DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES (collectively, "Plaintiffs") hereby stipulate and agree to extend the time for Defendant

1

1  to answer or otherwise respond to Plaintiffs' Complaint (Doc. No. 1) up to and including July 27,
2  2009.
3
4  Date:  June 25, 2009                           SALTZMAN & JOHNSON LAW CORP.
5
6                                                 By: _____
7                                                     Michele R. Stafford

8                                                 Attorneys for Plaintiffs

9  Date:  June 25, 2009                           RANDICK O'DEA & TOOLIATOS, LLP
10
11                                                By: _____
                                                      Patrick E. Guevara
12
13                                                Attorneys for Defendant
14
15  IT IS SO ORDERED
16
17  Date: _____                 _____
                                                   SUSAN ILLSTON
18                                                 United States District Judge
19
20
21
22
23
24
25
26
27
28
                                                                                              2

STIPULATION AND ORDER EXTENDING TIME TO ANSWER THE COMPLAINT
C 09-02241 SI
200411