Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et.al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>M B FLOORING, INC., a California Corporation,<br><br>　　　Defendant. | Case No.: C09-2241 SI<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　September 15, 2009<br>Time:　　10:00 a.m.<br>Ctrm:　　10, 19th Floor<br>Judge:　　The Honorable Susan Illston |

　　　The parties hereto hereby request that the Case Management Conference, currently set for September 15, 2009, be continued for approximately 60 days, as follows:

1.　　The Complaint in this matter was filed on May 21, 2009.

2.　　Defendant filed an Answer on July 31, 2009 following the June 30, 2009 Order granting Defendants an extension of time to answer the Complaint.

3.　　The parties are currently exchanging documents in an attempt to resolve this matter.

///

STIPULATION AND REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO.: C09-2241 SI

P:\CLIENTS\FLRCL\M B Flooring\Pleadings\C09-2241 SI Stipulation to Continue CMC 090809.DOC

1      4.     Pending resolution, there are no issues that need to be addressed at this time at the currently scheduled conference.

     5.     In the interest of conserving costs as well as the Court's time and resources, the parties hereto respectfully request that the Case Management Conference, currently set for September 15, 2009, be continued for approximately 60 days.

Dated: September 8, 2009         SALTZMAN & JOHNSON
                                           LAW CORPORATION

                            By:    /S/Michele R. Stafford
                                       Michele R. Stafford
                                       Attorneys for Plaintiffs

Dated: September 8, 2009         RANDICK O'DEA & TOOLIATOS, LLP

                            By:    /S/Patrick E. Guevara
                                       Patrick E. Guevara
                                     Attorneys for Defendant

## ORDER

The Case Management Conference, currently set for September 15, 2009, at 10:00 a.m., is hereby continued to ___December 18, 2009, at 2:30 p.m.___.

IT IS SO ORDERED.

Date: _____
                       THE HONORABLE SUSUAN ILLSTON
                       UNITED STATES DISTRICT COURT JUDGE