Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee; et.al.<br><br>Plaintiffs,<br><br>v.<br><br>M B FLOORING, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-2241 SI<br><br>**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: December 18, 2009<br>Time: 2:30 p.m.<br>Location: Ctrm. 10, 19th Floor<br>Judge: The Honorable Susan Illston |

The parties to the above-entitled action jointly request that the deadline for mediation be extended and the Case Management Conference be continued for the following reasons:

1. **Mediation**: A mediator was appointed for this matter, with the initial telephone conference occurring on November 4, 2009. During the conference call, a mediation date of December 15, 2009 was set, to comply with the Court's mediation deadline. For a variety of reasons and based on exchanges that have occurred over the past 2-3 weeks between Plaintiffs' counsel and the mediator, a new mediator has been requested. The request was made on December 3, 2009, which is two weeks before the mediation is set to occur. Plaintiffs' counsel was hopeful

that the issues could be resolved, and therefore did not request a new mediator until now. Counsel for Defendant is in agreement that a new mediator is needed.

To allow sufficient time to have a new mediator appointed, set and participate in a pre-mediation conference, and schedule a new mediation date, the parties request that the deadline be extended to late February – early March, 2010. The parties have been exchanging documents and other information, hoping to resolve the matter. Extending the deadline will also allow negotiations to continue.

2.   **Case Management Conference:** There is a Case Management Conference currently set for December 18, 2009. Based on the foregoing, there are no issues to discuss pending mediation. The parties therefore jointly request that the date be continued to 30 days after the new mediation deadline.

Respectfully submitted,

Dated: December 3, 2009        SALTZMAN & JOHNSON LAW CORPORATION

_____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs


Dated: December 3, 2009        RANDICK O'DEA AND TOOLIATOS

_____/S/_____
Brian M. O'Dea
Attorneys for Defendant

ORDER

Good cause appearing, the mediation deadline is extended to __March 5__, 2010. The Case Management Conference currently set for December 18, 2009 is continued to __March 26__, 2010.

IT IS SO ORDERED.
Date: _____
THE HONORABLE SUSAN ILLSTON

P:\CLIENTS\FLRCL\M B Flooring\Pleadings\Joint Request to Continue Deadline 120309.DOC