Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et. al.,. <br><br> Plaintiffs, <br><br> v. <br><br> M B FLOORING, INC., <br><br> Defendant. | Case No.:  C09-2241 SI <br><br> **JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:          March 26, 2010 <br> Time:          2:30 p.m. <br> Ctrm:         10, 19th Floor <br> Judge:        The Honorable Susan Illston |

The parties to the above-entitled action jointly request that the deadline for mediation be extended for the following reasons:

1.      On December 3, 2009, the appointment of Mediator Michael Sobel in this action was vacated [Docket No. 20].

2.      On January 14, 2010, Arthur Siegel was appointed as the Mediator in this action, replacing Michael Sobel. [Docket No. 23].

3.       An initial telephone conference occurred today, January 25, 2010. During the conference call, a mediation date of March 16, 2010 was set.

1

4.      To allow the mediation to occur as scheduled, the parties request that the deadline be extended to late March – early April, 2010.  The parties have been exchanging documents and other information, hoping to resolve the matter. Extending the deadline will also allow negotiations to continue.

5.      A Case Management Conference is currently set for March 26, 2010. Based on the foregoing, there are no issues to discuss pending mediation. The parties therefore jointly request that the date be continued to 30 days after the new mediation deadline.

Respectfully submitted,

Dated: January 26, 2010                 SALTZMAN & JOHNSON
                                        LAW CORPORATION


                              By:    /S/Michele R. Stafford
                                     Michele R. Stafford
                                     Attorneys for Plaintiffs

Dated: January 25, 2010                 RANDICK O'DEA AND TOOLIATOS


                              By:    /S/Brian M. O'Dea
                                     Brian M. O'Dea
                                     Attorneys for Defendants


ORDER

       Good cause appearing, the mediation deadline is extended to April 2, _____. 2010. The Case Management Conference currently set for December 18, 2009 is continued to __May 7_____, 2010.

IT IS SO ORDERED.

Date: _____

                              THE HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT COURT JUDGE

2