1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

10                      UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   DISTRICT COUNCIL 16 NORTHERN          Case No.:  C09-2241 SI
13 CALIFORNIA HEALTH AND WELFARE
   TRUST FUND, et. al.,.                 **JOINT REQUEST TO EXTEND**
14                                        **MEDIATION DEADLINE AND**
        Plaintiffs,                       **CONTINUE CASE MANAGEMENT**
15                                        **CONFERENCE**
             v.
16                                        Date:      March 26, 2010
   M B FLOORING, INC.,                    Time:      2:30 p.m.
17                                        Ctrm:      10, 19th Floor
        Defendant.                        Judge:     The Honorable Susan Illston
18

19

20        The parties to the above-entitled action jointly request that the deadline for mediation be

21 extended for the following reasons:

22        1.    On December 3, 2009, the appointment of Mediator Michael Sobel in this action

23 was vacated [Docket No. 20].

24        2.    On January 14, 2010, Arthur Siegel was appointed as the Mediator in this action,

25 replacing Michael Sobel. [Docket No. 23].

26        3.    An initial telephone conference occurred today, January 25, 2010. During the

27 conference call, a mediation date of March 16, 2010 was set.

                                                                                    1
28

1    4.    To allow the mediation to occur as scheduled, the parties request that the deadline

2  be extended to late March – early April, 2010.  The parties have been exchanging documents and

3  other information, hoping to resolve the matter. Extending the deadline will also allow

4  negotiations to continue.

5    5.    A Case Management Conference is currently set for March 26, 2010. Based on the

6  foregoing, there are no issues to discuss pending mediation. The parties therefore jointly request

7  that the date be continued to 30 days after the new mediation deadline.

8  Respectfully submitted,

9  Dated: January 26, 2010                 SALTZMAN & JOHNSON
                                          LAW CORPORATION
10

11                                      By:    /S/Michele R. Stafford
12                                             Michele R. Stafford
                                               Attorneys for Plaintiffs
13

  Dated: January 25, 2010                 RANDICK O'DEA AND TOOLIATOS
14

15                                      By:    /S/Brian M. O'Dea
16                                             Brian M. O'Dea
                                               Attorneys for Defendants
17

18

19  ORDER

20    Good cause appearing, the mediation deadline is extended to __April 2,__, 2010.
   The Case Management Conference currently set for December 18, 2009 is continued to
21  __May 7__, 2010.

22  IT IS SO ORDERED.

23  Date: _____

24    THE HONORABLE SUSAN ILLSTON
      UNITED STATES DISTRICT COURT JUDGE
25

26

27                                                            2
28

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C09-2241 SI**
P:\CLIENTS\FLRCL\M B Flooring\Pleadings\C09-2241 SI Joint Request to Continue Mediation Deadline 012510.DOC