1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee; et.al.<br><br>Plaintiffs,<br><br>v.<br><br>M B FLOORING, INC., a California Corporation,<br><br>Defendant. | Case No.:  C09-2241 SI<br><br>**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: March 26, 2010<br>Time: 2:30 p.m.<br>Location: Ctrm. 10, 19th Floor<br>Judge: The Honorable Susan Illston |

The parties to the above-entitled action jointly request that the deadline for mediation be extended and the Case Management Conference be continued for the following reasons:

1.      **Mediation**:  This matter concerns an audit of Defendant's records, with an audit end date of October 31, 2008. The parties had exchanged documents and mediation statements, and a mediation was scheduled for March 16, 2010. The day prior to the mediation, Plaintiffs' counsel was advised that the Defendant had recently been audited a second time, for the period subsequent to the audit that was to be addressed at the mediation. Counsel for both parties conferred and found that neither one of them had been advised of the second audit.

1. Plaintiffs' auditors are in the process of completing the audit report for the second audit, so a total has not been prepared. It is estimated to be significant.

Counsel for both parties agreed that a "global" resolution is preferred by both parties, and therefore contacted the mediator to take the mediation off calendar. The mediator agreed and asked that the parties contact him to set a new mediation date. Both parties agree that at least 90 days will be needed to get the draft audit report, review it, discuss the results and exchange documents, and prepare updated mediation statements. The parties intend to set a new mediation date for approximately 120 days out, and therefore request that the mediation deadline be extended accordingly.

2. **Case Management Conference:** There is a Case Management Conference currently set for March 26, 2010. Based on the foregoing, there are no issues to discuss pending mediation. The parties therefore jointly request that the date be continued to 30 days after the new mediation deadline.

Dated: March 18, 2010            SALTZMAN & JOHNSON LAW CORPORATION


                                 _____/S/_____
                                 Michele R. Stafford
                                 Attorneys for Plaintiffs

Dated: March 18, 2010            RANDICK O'DEA AND TOOLIATOS


                                 _____/S/_____
                                 Brian M. O'Dea
                                 Attorneys for Defendant

**ORDER**

Good cause appearing, the mediation deadline is extended to ___7/16/10___, 2010. The Case Management Conference currently set for March 26, 2010 is continued to ___8/13/10 at 2:30 p.m.___, 2010.

IT IS SO ORDERED.
Date:                            _____[signature]_____
                                 THE HONORABLE SUSAN ILLSTON

P:\CLIENTS\FLRCL\M B Flooring\Pleadings\Joint Request to Continue Deadline 031810.DOC