Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et.al.,<br><br>Plaintiffs,<br><br>v.<br><br>M B FLOORING, INC.,<br><br>Defendant. | Case No.:  C09-2241 SI<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:       August 13, 2010<br>Time:      2:30 p.m.<br>Location: Ctrm. 10, 19th Floor<br>Judge:     The Honorable Susan Illston |

Plaintiffs herein respectfully submit their Request to Continue the current Case Management Conference:

1. As the Court's records will reflect, Defendant filed its Case Management Conference Statement, advising that Defendant intends to file for Bankruptcy by August 16, 2010. The Case Management Conference is currently scheduled for August 13, 2010

2. Plaintiffs therefore respectfully request that the Case Management Conference be continued by a minimum of one week, to allow Defendant to file its Petition. In the event that Defendant files, Plaintiffs will file a Request for Automatic Stay. In the event that Defendant does not, the parties will participate in the Case Management Conference to ascertain whether mediation is an option for resolution of the claims herein.

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C09-2241 SI**
P:\CLIENTS\FLRCL\M B Flooring\Pleadings\C09-2241 SI CMC Continuance Request 080910.DOC

3. It is also requested that Plaintiffs' counsel be permitted to appear by telephone for the Case Management Conference (in the event that a conference is required) to keep fees and costs at a minimum as recovery is questionable at best.

Respectfully submitted,

Dated August 9, 2010                SALTZMAN & JOHNSON LAW
                                    CORPORATION


                                    /S/Michele R. Stafford
                                    Michele R. Stafford
                                    Attorneys for Plaintiffs


IT IS SO ORDERED.

The Case Management Conference is hereby continued to __8/27/10__. Plaintiffs are hereby granted permission to appear telephonically at the Case Management Conference.

Dated: _____        _____
                                    THE HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT JUDGE

Counsel shall make arrangements with the clerk to appear by phone.

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C09-2241 SI**
P:\CLIENTS\FLRCL\M B Flooring\Pleadings\C09-2241 SI CMC Continuance Request 080910.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 9, 2010, I served the following document(s):

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Brian O'Dea, Esq.**
> **Randick O'Dea and Tooliatos**
> **5000 Hopyard Road, Suite 400**
> **Pleasanton, California 94588**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of August, 2010, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega