IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>MB FLOORING INC,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 09-02241 SI<br><br>**ORDER** |

　　　The Court has reviewed defendant's Notice of Bankruptcy filing (doc. # 33), indicating that it has filed in this for bankruptcy protection."

　　　This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of Volume XI, for statistical closing.

　　　THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated:

　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge