Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>M B FLOORING, INC.,<br><br>Defendant. | Case No.:  C09-2241 SI<br><br>**REQUEST TO REOPEN CASE AND FOR LEAVE TO FILE AN AMENDED COMPLAINT; [~~PROPOSED~~] ORDER THEREON** |

I, Michele R. Stafford, declare as follows:

   1.   I am an attorney at law licensed to practice in the State of California, and am a shareholder of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

   2.   As the Court's records will reflect, pursuant to Defendant M B FLOORING, INC.'s filing for bankruptcy protection on August 18, 2010 (U.S. Bankruptcy Court, Northern District of California (Oakland), as Case No. 10-49439 RB), on August 24, 2010, this Court issued an Order closing the case, based upon the criteria of <u>Guide to Judiciary Policy and Procedures</u>, Chapter V of Volume XI.

   3.   On February 24, 2011, the bankruptcy case was closed, with no distribution made.

   4.   Plaintiffs in the instant matter have recently discovered another entity that Plaintiffs reasonably believe is liable for Defendant M B Flooring, Inc.'s debt to Plaintiff Trust Funds.

1 | Accordingly, Plaintiffs respectfully request that the Court reopen the instant matter, and grant
2 | Plaintiffs leave to file an Amended Complaint naming said party.
3 |     I declare under penalty of perjury that the foregoing is true of my own knowledge and if
4 | called upon I could competently testify thereto.

5 | Dated: May 31, 2011          SALTZMAN & JOHNSON
                                 LAW CORPORATION

7 |                       By: /S/Michele R. Stafford
8 |                           Michele R. Stafford
                               Attorneys for Plaintiffs

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, this matter is hereby reopened and Plaintiffs are granted leave to file an Amended Complaint.

Date: June 2, 2011                       _____
                                 THE HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]*

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 31, 2011, I served the following document(s):

**REQUEST TO REOPEN CASE AND FOR LEAVE TO FILE AN AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Brian O'Dea, Esq.**
> **Randick O'Dea and Tooliatos**
> **5000 Hopyard Road, Suite 400**
> **Pleasanton, California 94588**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of May, 2011, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega